IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ONE BANK & TRUST, N.A.                                                PLAINTIFF

v.                          No. 4:14-cv-277-DPM

ST. PAUL MERCURY INSURANCE
COMPANY d/b/a THE TRAVELERS
INDEMNITY COMPANY and d/b/a
THE ST. PAUL TRAVELERS COMPANIES, INC.           DEFENDANTS

ORDER

I recuse because St. Paul is on my recusal list. The Clerk shall reassign this case at random.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 May 2014