**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ONE BANK & TRUST, N.A.**                                                                                       **PLAINTIFF**

v.                                       Case No. 4:14-cv-00277-KGB

**ST. PAUL MERCURY INSURANCE**
**COMPANY d/b/a THE TRAVELERS**
**INDEMNITY COMPANY d/b/a THE**
**ST. PAUL TRAVELERS COMPANIES, INC.**                                                    **DEFENDANT**

**ORDER**

    Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 10). The parties hereby stipulate and agree that the above-captioned case, specifically including plaintiff's complaint, is voluntarily dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Court dismisses this case with prejudice. Each of the parties shall be liable for their own costs and attorney's fees.

    SO ORDERED this the 18th day of August, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE